No. 94–9354. ADDISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9355. AFLLEJE-TORRES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9369. BASDEN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–1612. MICHIGAN v. BELLEW. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1786. NEW YORK v. REYES. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1644. DOE ET AL. v. KIRCHNER; and
No. 94–9087. BABY RICHARD, A MINOR, BY HIS GUARDIAN AD LITEM, O'CONNELL v. KIRCHNER ET AL. Sup. Ct. Ill. Motions of Yale University Child Study Center et al., Governor of the State of Illinois, and Paul Simon et al. for leave to file briefs as *amici curiae* granted. Motion of Catholic Adoptive Parents Association for leave to file a brief as *amicus curiae* in No. 94–9087 granted. Certiorari denied. Reported below: 164 Ill. 2d 468, 649 N. E. 2d 324.

No. 94–1695. CARRIERE ET AL. v. GREY WOLF DRILLING CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–1705. BEADLE v. CITY OF TAMPA ET AL. C. A. 11th Cir. Motions of National Jewish Commission on Law and Public Affairs et al., General Conference of Seventh-day Adventists et al., Advocates International, Agudath Israel of America, and American Jewish Congress et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.